UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALISA COTTON,

    Plaintiff,

v.                                                                              CASE NO: 8:13-cv-3151-T-26AEP

POLK COUNTY BOARD OF COUNTY
COMMISSIONERS,

    Defendant.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that the Defendant's Motion to Compel Plaintiff's Deposition and Motion for Sanctions (Dkt. 36) is granted. Because the Plaintiff's counsel acknowledged before this Court at a hearing held in this case on April 25, 2014, that the Plaintiff's deposition was scheduled for April 30, 2014, any response from her opposing the motion would be meritless.[1] Furthermore, if the Plaintiff's counsel was of the opinion that the deposition was improperly scheduled, she should have sought relief from this Court rather than unilaterally cancelling the deposition. Indeed, if

---

[1] It is the Court's recollection that the Plaintiff's counsel corrected the Defendant's counsel with regard to the actual date of the deposition and once it was agreed that the deposition was scheduled for April 30th, the Court directed the Plaintiff and her counsel to fully comply with the Defendant's previous discovery requests by April 29th so that the Defendant's counsel would have the discovery prior to the deposition.

the Plaintiff's counsel was of the opinion that the deposition was improperly scheduled, she should have brought the matter to the attention of the Court at the April 25th hearing.

The Court will schedule the deposition of the Plaintiff at the upcoming hearing scheduled for May 9, 2014.  At that hearing, the Court will also mete out sanctions to the Plaintiff's attorney.

**DONE AND ORDERED** at Tampa, Florida, on April 30, 2014.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record