# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALISA COTTON,

    Plaintiff,

v.                                             CASE NO: 8:13-cv-3151-T-26AEP

POLK COUNTY BOARD OF COUNTY
COMMISSIONERS,

    Defendant.

_____/

## **O R D E R**

Upon due and careful consideration of the procedural history of this case, and consistent with the recent *sua sponte* order entered by Judge Scriven on June 30, 2014, at docket 88, in case number 8:12-cv-1290-MSS-TGW, it is ordered and adjudged that the Defendant's Motion for Stay or Administrative Closure of Proceedings (Dkt. 61) is granted. All proceedings in this case are stayed pending the outcome of the emergency petition filed by The Florida Bar before the Florida Supreme Court seeking an immediate suspension of the Plaintiff's attorney from the practice of the law. Counsel for the parties shall immediately advise this Court of the Florida Supreme Court's disposition of the emergency petition. The Clerk is directed to administratively close this case during the pendency of the proceedings before the Florida Supreme Court. Upon the reopening of these proceedings, the Court will immediately schedule a status conference to discuss the entry of an amended case management scheduling order. Additionally, in the event the Plaintiff secures new counsel to represent her in this case, the Court will automatically reopen

the case and schedule a status conference to discuss with all counsel the entry of an amended case management scheduling order.

**DONE AND ORDERED** at Tampa, Florida, on July 1, 2014.


s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record