UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALISA COTTON,

Plaintiff,

v. Case No. 8:13-CV-03151-RAL-AEP

POLK COUNTY BOARD OF
COUNTY COMMISSIONERS,

Defendant.
_______________________________________/

# NOTICE OF APPEARANCE

NOTICE IS GIVEN that the undersigned hereby enters her appearance on behalf of the Plaintiff, ALISA COTTON, in the above-captioned matter.

I HEREBY CERTIFY that on November 11, 2014, I electronically filed this document with the Clerk of the Court, by using the CM/ECF system, which will electronically send a copy to John W. Campbell, Esquire (jcampbell@constangy.com), CONSTANGY, BROOKS & SMITH, LLP, 100 N. Tampa Street, Suite 3340, P.O. Box 1840, Tampa, FL 33601-1840.

/s/ Melissa C. Mihok

MELISSA C. MIHOK
MELISSA C. MIHOK, P.A.
Florida Bar Number 555851
melissa@melissacmihokpa.com
Secondary Email: bdjarnagin@gmail.com
1718 E. 7th Avenue, Suite 301
Tampa, FL 33605
(813) 248-6400
(813) 248-4020 (Fax)